IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-02670-MJW-KMT

REFUJIO LOERA,

Plaintiff(s),

v.

HILLARY RODHAM CLINTON,

Defendant(s).

## ORDER

Based upon the Joint Stipulation of Dismissal Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), DN 30, filed with the Court, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees. The Clerk shall close this case.

SIGNED AND DATED THIS 14th DAY OF MAY, 2010

BY THE COURT

MICHAEL J WATANABE
UNITED STATES MAGISTRATE JUDGE